IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE SHAFFER, ) | |
|     Plaintiff, ) | Civil Action No. 14-1674 |
| ) | |
| v. ) | Magistrate Judge Robert C. Mitchell/ |
| ) | Chief District Judge Joy Flowers Conti |
| CITY OF PITTSBURGH, NICHOLAS J. ) | |
| BOBBS, ANTONIO CIUMMO, and JOHN ) | |
| and/or JANE DOE, ) | |
|     Defendants. ) | |

# ORDER

**CONTI**, Chief District Judge.

AND NOW, this 14th day of August, 2015, after a de novo review of the submissions in this case, together with the Report and Recommendation, the following Order is entered:

IT IS HEREBY ORDERED that the motion to dismiss [ECF No. 20] filed by Defendants City of Pittsburgh, Nicholas J. Bobbs and Antonio Ciummo granted and the complaint filed by Plaintiff Dale Shaffer is dismissed with prejudice;

IT IS FURTHER ORDERED that the Report and Recommendation [ECF No. 25] of Magistrate Judge Robert C. Mitchell, as supplemented by this memorandum opinion, is hereby adopted as the opinion of this court. The Clerk is to mark this CASE CLOSED.

                          By the Court,

                          /s/ Joy Flowers Conti
                          The Honorable Joy Flowers Conti
                          United States Chief District Judge

cc: The Honorable Robert C. Mitchell
United States District Court
Western District of Pennsylvania

*Counsel for Plaintiff*
Joel S. Sansone, Esquire
Massimo A. Terzigni, Esquire
Law Offices of Joel Sansone
Three Gateway Center, Suite 1700
401 Liberty Avenue
Pittsburgh, PA 15222

*Counsel for Defendant City of Pittsburgh*
Lourdes Sanchez Ridge, Esquire
Michael E. Kennedy, Esquire
City of Pittsburgh Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219


*Counsel for Defendant Nicholas J. Bobbs and Antonio Ciummo*
Bryan Campbell, Esquire
Allison N. Genard, Esquire
330 Grant Street
Suite 2330
Pittsburgh, PA 15219